FILED

MAR 2 7 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO. 14CR0904-W** |
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING** |
| | ) | **STATUS HEARING** |
| WILLIAM WOOTEN, | ) | |
| Defendant | ) | |

Good cause appearing therefore:

IT IS HEREBY ORDERED that the Status Hearing now set for Monday, March 30, 2015 at 9:00 a.m. is hereby continued to Monday, May 4, 2015 at 9:00 a.m.

IT IS SO ORDERED:

Dated: 3/27/15

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE